FILED
2014 Oct-20 PM 12:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ORLANDINO DASILVA, | ) |
| Petitioner | ) ) ) |
| v. | ) ) Case No. 4:14-cv-01438-JHH-HGD |
| ERIC HOLDER, JR., et al., | ) ) ) |
| Respondents | ) |

## MEMORANDUM OPINION

On September 22, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.[1]

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate

---

[1] The court notes that on September 22, 2014 (the same day the Magistrate Judge's Report and Recommendation was filed) a series of documents were filed from numerous persons informing the court of their knowledge of Petitioner. The court has reviewed the material and concluded that the material is largely not relevant to the issues decided by the Magistrate Judge or to be decided by the undersigned.

judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

 A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

 DONE this 20th day of October, 2014.

*James H. Hancock*
_____
SENIOR UNITED STATES DISTRICT JUDGE