FILED

2014 Oct-23  AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| ORLANDINO DASILVA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-01438-JHH-HGD |
| | ) | |
| ERIC HOLDER, JR., et al., | ) | |
| | ) | |
| Respondents | ) | |

## REVISED MEMORANDUM OPINION

On September 22, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. After the expiration of the fourteen days, no objections to the magistrate judge's report and recommendation were filed. As such, on October 20, 2014, the court adopted the report of the magistrate judge, accepted the recommendation that the petition for writ of habeas corpus be denied, and entered an order dismissing this action. (Docs. # 13 & 14.)

That same day, however, the court received objections to the magistrate judge's report and recommendation from Petitioner that were dated October 17, 2014. (Doc. # 15.) Although the objections are untimely (even under the mailbox rule), the court

considers them and finds them to be without merit. Therefore, after careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby **RE-ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 23rd day of October, 2014.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE